IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| KAI JOHNSON,<br><br>    Plaintiff,<br><br>vs.<br><br>NATIONAL COLLEGIATE<br>ATHLETIC ASSOCIATION,<br><br>    Defendant. | CV 25-60-M-KLD<br><br><br>ORDER |

    Plaintiff moves for the admission of Darrell L. Cochran, Ian M. Bauer, and Nicholas A. Gillan to practice before this Court in this case with Dennis E. Lind to act as local counsel. The applications of Mr. Cochran, Mr. Bauer, and Mr. Gillan appear to be in order.

    Accordingly, IT IS HEREBY ORDERED that Plaintiffs' motion to admit Darrell L. Cochran, Ian M. Bauer, and Nicholas A. Gillan pro hac vice is GRANTED on the condition that each of the admitted attorneys shall do his own work. This means that Mr. Cochran, Mr. Bauer, and Mr. Gillan must do their own writing, sign their own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Cochran, Mr. Bauer, and Mr. Gillan, within fifteen (15) days of the date of this Order, each file a pleading acknowledging their admission under the terms set forth above.

DATED this 29th day of April, 2025.

_____
Kathleen L. DeSoto
United States Magistrate Judge